# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADLEY HAAG,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAMES TILTON, Director of Corrections<br><br>　　　　　Respondent.<br>_____/ | 1:07-CV-00856 LJO DLB HC<br><br>ORDER DENYING PETITIONER'S MOTION FOR EVIDENTIARY HEARING, WITHOUT PREJUDICE<br><br>[Doc. 4] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　　Petitioner filed the instant petition on June 14, 2007.  On this same date, Petitioner filed a motion for an evidentiary hearing.  (Court Doc. 4.)

　　　　Rule 8(a) provides that where a petition is not dismissed at a previous stage in the proceeding, the judge, after the answer and transcripts and record of the state court proceedings are filed, shall, *upon review* of those proceedings, determine whether an evidentiary hearing is required.  The purpose of an evidentiary hearing is to resolve the merits of a factual dispute.  An evidentiary hearing on a claim is required where it is clear from the petition that:  (1) the allegations, if established, would entitle the petitioner to relief;  and (2) the state court trier of fact has not reliably found the relevant facts.  See, Hendricks v. Vasquez, 974 F.2d 1099, 1103 (9th Cir.1992).  As the function of an evidentiary hearing is to try issues of fact, Townsend v. Sain 372 U.S. 293, 309 (1963)(*overruled in part by* Keeney v. Tamayo-Reyes, 504 U.S. 1, 112 S.Ct.

1715 (1993)), such a hearing is unnecessary when only issues of law are raised. Id.

In the instant case, although the Court is simultaneously directing Respondent to submit a response to the petition, until the Court conducts a thorough review of the merits of Petitioner's claims, it cannot be determined if a factual dispute necessitating an evidentiary hearing is required.  Following a thorough review of the petition's merits, the Court will sua sponte issue an order for an evidentiary hearing should it find one necessary.

IT IS SO ORDERED.

Dated:   **July 21, 2007**                    /s/ **Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE