IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JAMES BRADLEY HAAG,**<br><br>                    Petitioner,<br><br>        v.<br><br>**JAMES TILTON, Director of Corrections,**<br><br>                    Respondent. | 1:07-cv-00856 LJO DLB HC<br><br>**ORDER GRANTING RESPONDENT'S REQUEST FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO PETITION** |

      On October 25, 2007, Respondent has requested an enlargement of time for filing the ordered response to petition for writ of habeas corpus.[1] On October 26, 2007, Petitioner filed a a motion in objection to the change in designation of counsel. (Court Doc. 15.) Petitioner contends that the change in counsel "at this late stage is no more than a delay tactic on the part of the Attorney General." (Objection, at 2.) Petitioner further contends that the State has had ample notice of his claims through his state and now federal petition. (Id. at 3-5.) Petitioner requests that the Court only grant a single extension of thirty days to file a response to the petition.

      In his motion for extension of time, Respondent's counsel states that although he has given this case priority, the instant petition and exhibits is in excess of 900 pages. Counsel has tentatively

---

    1. On October 15, 2007, a change in designation of counsel was filed, noticing that Deputy Attorney General David Andrew Eldridge shall be designated as counsel of record in place of Deputy Attorney General Sue Orton. (Court Doc. 12.)

1  concluded that an answer is the appropriate responsive pleading; however, due to the "unusual and
2  extreme length of the federal pleading" a sixty day extension of time is necessary. Due to the
3  holidays, Respondent's requests until January 4, 2008, to file a response. Respondent's contentions
4  are well-taken.

5      Good cause appearing, IT IS HEREBY ORDERED THAT Respondent is granted an
6  enlargement of time, up to and including January 4, 2008, to complete and serve the ordered
7  response to petition for writ of habeas corpus in this matter.

9      IT IS SO ORDERED.
10     **Dated:**   **November 9, 2007**            /s/ **Dennis L. Beck**
                                                           UNITED STATES MAGISTRATE JUDGE