IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADLEY HAAG,<br><br>　　　　Petitioner,<br><br>　　vs.<br><br>JAMES TILTON,<br><br>　　　　Respondent.<br>_____/ | 1:07-cv-00856 DLB (HC)<br><br>ORDER GRANTING PETITIONER'S REQUEST FOR EXTENSION OF TIME TO FILE TRAVERSE<br><br>(DOCUMENT #23)<br><br>FORTY-FIVE DAY DEADLINE |

Petitioner is a state prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2254. On January 22, 2008, petitioner filed a motion to extend time to file Traverse. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted forty-five days from the date of service of this order in which to file Traverse.

　IT IS SO ORDERED.

　**Dated:　February 5, 2008**　　　　　　**/s/ Dennis L. Beck**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE