# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADLEY HAAG, | 1:07-CV-00856 DLB HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT RESPONSE TO PETITIONER'S MOTIONS FILED ON FEBRUARY 27, 2008 |
| v. | |
| | [Docs. 27, 28, 29] |
| JAMES TILTON, Director of Corrections | |
| Respondent. | |

   Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

   Petitioner filed the instant petition for writ of habeas corpus on June 14, 2007.  (Court Doc. 1.)  Respondent filed an answer to the instant petition on January 2, 2008.  (Court Doc. 18.)  On February 27, 2008, in addition to filing a traverse, Petitioner filed separate motions requesting discovery, to expand the record, and for an evidentiary hearing.  (Court Docs. 27, 28, 29.)  The Court hereby orders Respondent to file a response to Petitioner's motions within **thirty (30)** days from the date of service of this order.

   IT IS SO ORDERED.

   Dated:   **March 27, 2008**          /s/ Dennis L. Beck
                                         UNITED STATES MAGISTRATE JUDGE

1