# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADLEY HAAG, | 1:07-CV-00856 DLB HC |
| Petitioner, | ORDER DIRECTING RESPONDENT TO SUBMIT COPY OF VOIR DIRE TRANSCRIPTS, IF AVAILABLE |
| v. | |
| JAMES TILTON, Director of Corrections | |
| Respondent. | |

Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

This case is ready for review on the merits, as Respondent filed an answer and Petitioner filed a traverse. Respondent has submitted the state court records and trial transcripts; however, the transcripts involving the voir dire process were not submitted. Accordingly, it is HEREBY ORDERED that if such transcripts are available, Respondent shall submit them to Court within **ten (10)** days from the date of service of this order.

IT IS SO ORDERED.

Dated:  **December 11, 2008**               /s/ Dennis L. Beck
                                            UNITED STATES MAGISTRATE JUDGE

1