# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADLEY HAAG,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>JAMES TILTON, Director of Corrections<br><br>　　　　　Respondent.<br>_____/ | 1:07-CV-00856 DLB HC<br><br>ORDER DIRECTING RESPONDENT TO ORDER TRANSCRIPTION OF VOIR DIRE PROCEEDINGS<br><br>[Docs. 44, 45] |

　　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge. This case is ready for review on the merits.

　　　　On December 11, 2008, the undersigned directed Respondent to submit a copy of the voir dire transcripts, if available. (Court Doc. 44.) On December 12, 2008, Respondent filed a notice indicating that because the voir dire transcript is not part of the "normal record" it was not transcribed. (Court Doc. 45.) Respondent further indicates that "[o]n appeal, the parties could have applied for inclusion of the voir dire,[fn] but such an application was not made." (Response, at 2.)

　　　　Pursuant to Rule 5 of the Rules Governing § 2254 Cases, Respondent is hereby directed to present an application to the state court for transcription of the voir dire proceedings, if available to do so. Within **thirty (30)** days from the date of service of this order, Respondent

1

1 shall provide this Court with the status of such request.

2     IT IS SO ORDERED.

3     **Dated:**   **February 20, 2009**            **/s/ Dennis L. Beck**
                                                UNITED STATES MAGISTRATE JUDGE