UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADLEY HAAG,<br><br>　　　　　　Petitioner,<br><br>　　v.<br><br>JAMES TILTON, Director of Corrections<br><br>　　　　　　Respondent.<br>_____/ | 1:07-cv-00856 DLB HC<br><br>ORDER DIRECTING RESPONDENT TO REDACT VOIR DIRE TRANSCRIPTS AND TO RE-SUBMIT TO THIS COURT AND ORDER DIRECTING CLERK OF COURT TO FORWARD PETITIONER COPY OF OPENING STATEMENT TRANCRIPTS<br><br>[Docs. 84, 87, 88] |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.  This case is ready for review on the merits.

　　　Pursuant to this Court's orders, Respondent ordered transcribed and submitted a copy of the voir tire and opening statement transcripts in the underlying trial court proceedings and these transcripts have not yet been provided to Petitioner.  However, the voir dire transcripts contain personal identifying information of the jurors which is not relevant to this Court's or Petitioner's review and such information should be redacted.  Accordingly, the Court will order Respondent to redact the voir dire transcripts and re-submit them to the Court within thirty (30) days from the date of service of this order.  The Court will thereafter provide a copy of such transcripts to Petitioner and grant him the opportunity to supplement his traverse if necessary.

1  Based on the foregoing, it is HEREBY ORDERED that:

2  1.  Within thirty (30) days from the date of service of this order, Respondent shall
3     redact the personal information of the jurors from the Voir Dire transcript and re-
4     submit them to this Court; and
5  2.  The Clerk of Court shall send Petitioner a copy of the Reporter's Transcript
6     containing the Opening Statements by trial counsel.

7  IT IS SO ORDERED.

8  **Dated:   May 14, 2010**           /s/ **Dennis L. Beck**
                                       UNITED STATES MAGISTRATE JUDGE