# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES BRADLEY HAAG,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES TILTON, Director of Corrections<br><br>    Respondent.<br>_____/ | 1:07-cv-00856 DLB HC<br><br>ORDER DIRECTING CLERK OF COURT TO FILE LODGED TRANSCRIPT UNDER SEAL<br><br>[Doc. 71] |

    Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Pursuant to 28 U.S.C. § 636(c)(1), the parties have consented to the jurisdiction of the United States Magistrate Judge.

    On September 23, 2009, the Court directed Respondent to order and submit a copy of the voir dire proceedings.  On August 17, 2009, Respondent lodged a copy of the voir dire transcripts.  On May 14, 2010, the Court directed Respondent to redact the voir dire transcripts and re-submit to the Court.  On June 14, 2010, Respondent filed the redacted transcripts.

    Good cause having been demonstrated, the Court HEREBY DIRECTS the Clerk of Court to file the transcripts lodged on August 17, 2009 (Court Document 71), under SEAL.

    IT IS SO ORDERED.

Dated:  **February 9, 2011**         **/s/ Dennis L. Beck**
                                          UNITED STATES MAGISTRATE JUDGE